■ BLITMAN CONSTRUCTION CORP. v INSURANCE COMPANY OF NORTH AMERICA.

Concur — Murphy, P. J., Kupferman, Fein and Milonas, JJ.

■ In the Matter of LORENZO F. PADILLA, an Attorney. ■

Concur — Murphy, P. J., Kupferman, Ross, Milonas and Kassal, JJ.